[No. 36685-8-I.  Division One.  June 1, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN AARON
STATEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-07090-4, Joan E. DuBuque, J., entered
May 25, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37781-7-I.  Division One.  June 1, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. HERIBERTO
ARTALEJO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-00868-9, Patricia H. Aitken, J., entered
November 6, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 38091-5-I.  Division One.  June 1, 1998.]

MARK A. VERMEULEN, *Appellant*, v. CALKINS
MANUFACTURING COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for What-
com County, No. 94-2-00776-5, David A. Nichols, J., entered
January 4, 1996. *Affirmed* by unpublished opinion per Agid,
A.C.J., concurred in by Coleman and Becker, JJ.

[No. 38320-5-I.  Division One.  June 1, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN
THOMAS SCHANDEL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-04144-9, Richard A. Jones, J., entered
March 15, 1996. *Affirmed* by unpublished per curiam
opinion.